*Derbigny* for the plaintiff—*Pitot* for the defendant.

----

### KENNER vs. YOUNG.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. This is an application for a *mandamus* to the judge of the first district, to grant an appeal from a judgment rendered by him. The facts appear to be—that the applicant purchased, at a sale under an order of seizure, &c. several slaves, for the price of ten thousand dollars. It is stated that at the time of the purchase, they were subject to a prior mortgage than that of the plaintiff's in execution,

and for a much larger sum than the price at which they were stricken off to the applicant.

A rule was taken on him in the district court, why he should not deposit in court the sum he agreed to pay for the slaves purchased by him at the sale already mentioned. He opposed the demand, but his opposition was overruled, and the order made absolute.

From this order he prayed an appeal: and the judge, in shewing cause why the *mandamus* now prayed for should not issue, has stated that he refused the appeal, because there was no final judgment—that the rule was provisional, to bring the money into court subject to its further order.

We think, with the judge, this is not such an order as will authorise an appeal. There is no suggestion that the property bought is not in the possession of the applicant. He is in no worse situation than if the sale had been a good one. If any subsequent order should place the funds out of the control of the court before the validity of the sale is decided on, another question would be presented.

The rule is therefore discharged.